UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBERTO ALVAREZ,<br><br>    Plaintiff,<br><br>    v.<br><br>SIMPLY RIGHT INC.,, et al.,<br><br>    Defendants. | Case No.  5:15-cv-03404-EJD<br><br>**ORDER TO SHOW CAUSE** |

On October 21, 2015, the court issued an order pursuant to a stipulation which stayed this action pending arbitration.  Dkt. No. 11.  The court also scheduled this action for a Status Conference at 10:00 a.m. on October 27, 2016, and ordered the parties to file a joint status conference statement seven days prior to that date.  As of the date and time this order was filed, however, the court has not received a statement from any party, joint or otherwise.

Accordingly, the court hereby issues an order to show cause why this action should not be dismissed for failure to prosecute.  If Plaintiff does not, by **4:00 p.m. on October 26, 2016**, file or cause to be filed a joint status conference statement as contemplated by the order filed on October 21, 2015, or otherwise demonstrate good cause in writing why this case should not be dismissed, the court will dismiss the action with prejudice pursuant to Federal Rule of Civil Procedure 41(b). No hearing will be held on the order to show cause unless otherwise ordered by the court.

In light of this order, the Status Conference scheduled for October 27, 2016, is VACATED and will be resent, if necessary, upon resolution of the issue addressed herein.

**IT IS SO ORDERED.**

Dated:  October 24, 2016

_____
EDWARD J. DAVILA
United States District Judge

1

Case No.: 5:15-cv-03404-EJD
ORDER TO SHOW CAUSE